# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **MORRICE MORRIS**
      **TONYA L. MORRIS**  Case Number: 17-40235-MLO
                                                           Chapter 13
Debtors.                                                               Judge OXHOLM
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## **PROPOSED CHAPTER 13 PLAN MODIFICATION**

Debtors propose to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Debtors' Minimum Plan Length shall remain **60 months** from the date of entry of the Order Confirming Plan. **This is a minimum Plan length**. If the Plan has not been completed in the minimum Plan length, the Plan length shall be extended as necessary for completion of the requirements of the Plan; provided that in no event will the Plan term continue beyond 84 months from the date of entry of the Order Confirming Plan.
- Debtors' Plan payment is hereby decreased to $660.00 per month effective March 26, 2021.
- Plan payments in the amount of $6,670.00 are hereby excused.

Debtors suffered a material financial hardship due to COVID-19, they missed work in 2020 and saw a reduction in income as a result.

Following is the effect of this modification on the following classes:

Class One: no adverse impact.
Class Two: no adverse impact.
Class Three: n/a
Class Four: no adverse impact.
Class Five: no adverse impact.
Class Six: n/a
Class Seven: no adverse impact.
Class Eight: n/a
Class Nine: no adverse impact.

Dated: March 26, 2021 /s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **MORRICE MORRIS**
 **TONYA L. MORRIS**          Case Number: 17-40235-MLO
         Chapter 13
Debtors.          Judge OXHOLM
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtors' Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Debtors' Minimum Plan Length shall remain **60 months** from the date of entry of the Order Confirming Plan. **This is a minimum Plan length**. If the Plan has not been completed in the minimum Plan length, the Plan length shall be extended as necessary for completion of the requirements of the Plan; provided that in no event will the Plan term continue beyond 84 months from the date of entry of the Order Confirming Plan.
- Debtors' Plan payment is hereby decreased to $660.00 per month effective March 26, 2021.
- Plan payments in the amount of $6,670.00 are hereby excused.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **MORRICE MORRIS**
      **TONYA L. MORRIS**        Case Number: 17-40235-MLO
       Chapter 13
Debtors.        Judge OXHOLM
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the Debtor, the proponent of the plan modification, the Trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

    Tammy L. Terry, Chapter 13 Trustee
    535 Griswold, Suite 2100
    Detroit, MI 48226

    Acclaim Legal Services, PLLC
    8900 E. 13 Mile Road
    Warren, MI 48093

Dated: March 26, 2021        /s/ William D. Johnson
       WILLIAM D. JOHNSON (P54823)
       Acclaim Legal Services, PLLC
       8900 E. 13 Mile Road
       Warren, MI 48093
       (248) 443-7033
       filing@acclaimlegalservices.com

IN RE: **MORRICE MORRIS**
        **TONYA L. MORRIS**                      Case Number: 17-40235-MLO
                                                        Chapter 13
Debtors.                                                Judge OXHOLM
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROOF OF SERVICE

DEANNA L. RUNDE, hereby certifies that on March 26, 2021 she served a copy of the following documents electronically or by the United States Postal Service:

- Proposed Chapter 13 Plan Modification
- Notice of Proposed Chapter 13 Plan Modification
- Proposed Order
- Proof of Service

upon:

        Tammy L. Terry, Chapter 13 Trustee
        535 Griswold, Suite 2100
        Detroit, MI 48226

        All parties on the attached Matrix

Dated: March 26, 2021                /s/ Deanna L. Runde
                                            DEANNA L. RUNDE
                                            Acclaim Legal Services, PLLC
                                            8900 E. 13 Mile Road
                                            Warren, MI 48093
                                            (248) 443-7033
                                            filing@acclaimlegalservices.com